UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| TAWANNA WRIGHT, | ) | |
| Plaintiff, | ) | |
| | ) | No. 7:19-CV-115-REW |
| v. | ) | |
| | ) | JUDGMENT |
| BIG LOTS STORES, INC., | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Opinion & Order entered today, and pursuant to Federal Rule of Civil Procedure 58, the Court:

(1) **GRANTS** DE 24 and **ENTERS JUDGMENT** in favor of Defendant;

(2) **DISMISSES WITH PREJUDICE** Plaintiff's complaint (DE 1); and,

(3) **STRIKES** this matter from the Court's active docket.

This the 18th day of May, 2021.

Signed By:
*Robert E. Wier* /s/ REW
**United States District Judge**